## LANSING & CO. v. HESING.

(Circuit Court of Appeals, Seventh Circuit. May 28, 1897.)

No. 370.

APPEAL—DISMISSAL—INJUNCTION AGAINST PUBLIC OFFICER.

An appeal from an order denying an injunction against a postmaster will be dismissed without costs to either party, where, pending the appeal, the appellee has been succeeded in office by another.

Appeal from the Circuit Court of the United States for the Northern Division of the Northern District of Illinois.

This was a bill in equity by Lansing & Co., an Illinois corporation, dealing in grain, provisions, and other commodities, against Washington Hesing, who at the time the suit was instituted was postmaster of the city of Chicago, to enjoin him from withholding mail addressed to complainant, and from returning such mail matter to the senders thereof with the word "Fraudulent" marked on the outside thereof. The defendant, in his answer, justified his acts under an order known as a "fraud order," made by the postmaster general of the United States. Complainant having moved for an injunction pendente lite, the same was denied by the court, and it thereupon took this appeal. Pending the appeal the defendant resigned his office, and a successor was appointed.

Henry Stephen, for appellant.
John C. Black, for appellee.

Before WOODS, JENKINS, and SHOWALTER, Circuit Judges.

PER CURIAM. This appeal is from an order denying an injunction against the appellee as postmaster at Chicago. After the appeal was taken, the appellee resigned the office, and his successor has been appointed. On the authority of U. S. v. Boutwell, 17 Wall. 604, Secretary v. McGarrahan, 9 Wall. 298, and U. S. v. Lochren, 164 U. S. 701, 17 Sup. Ct. 1001, the appeal is dismissed, without costs to either party.